# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 264 WAL 2022

Respondent :

:

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v. :

:

:

RICHARD EUGENE GROSSO, :

:

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.